IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LINDA K. GOFF, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 11-cv-00935-JPG-PMF |
| | ) |
| NATIONAL RAILROAD PASSENGER | ) |
| CORPORATION, d/b/a Amtrak, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

The Court having received a stipulation for dismissal signed by all parties of record;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

**DATED:** April 12, 2012

                                         **NANCY ROSENSTENGEL, Clerk of Court**

                                         **BY: s/Brenda K. Lowe, Deputy Clerk**

**APPROVED:** *s/J. Phil Gilbert*
                   **J. PHIL GILBERT**
                   **U. S. DISTRICT JUDGE**